# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **JOSE RAMOS #2176043** | § | |
| | § | |
| **V.** | § | **W-23-CA-107-ADA** |
| | § | |
| **BRYAN COLLIER, et al.** | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which granted Defendants' Motions to Dismiss the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on March 6, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE